KEVIN FLAUTT, Bar No. 257892
kevin.flautt@bbklaw.com
OLIVIA CLARK, Bar No. 316689
olivia.clark@bbklaw.com
BEST BEST & KRIEGER LLP
500 Capitol Mall, Suite 2500
Sacramento, California  95814
Telephone:     (916) 325-4000
Facsimile:      (916) 325-4010

Attorneys for Defendant(s)
TRUCKEE SANITARY DISTRICT, BLAKE TRESAN, and BRIAN SMART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART DOUGLASS, JOHN MAXEY, and MARY MARSH LINDE,<br>　　　　　Plaintiffs,<br>　　v.<br>TRUCKEE SANITARY DISTRICT, a Public Corporation, BLAKE TRESAN, individually and in his official capacity; BRIAN SMART, individually and in his official capacity; And DOES 1-10 inclusive,<br>　　　　　Defendants. | Case No. . 2:25-cv-01609-AC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Date:　　　　TBD<br>Time:　　　　TBD<br>Dept:　　　　Courtroom 26<br>Magistrate Judge: Allison Claire |

//

//

//

//

The Court has received the Stipulation To Extend Time For Defendants to Respond to the Complaint.

**IT IS HEREBY ORDERED** that:

1. Good cause being shown due to the complexity of the record and numerosity of the causes of action, Defendants Truckee Sanitary District, Blake Tresan, and Brian Smart (collectively, "Defendants"), the time for Defendants to respond to the Complaint is extended up to and including August 4, 2025.

**IT IS SO ORDERED**.

Date: July 2, 2025

*/s/ Allison Claire/*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE