MAPES LEGAL, PC
Michael C. Mapes, Esq.
State Bar No. 286939
131 S. Auburn Street
Grass Valley, CA 95945
Email: mike@mapeslegal.com
Telephone: (530) 426-2868
Facsimile: (530) 665-8297

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| STUART DOUGLASS, JOHN MAXEY, MARY MARSH LINDE,<br><br>　　　　　　Plaintiffs<br><br>　vs.<br><br>TRUCKEE SANITARY DISTRICT; a Public Corporation, BLAKE TRESAN, individually and in his official capacity; BRIAN SMART,, individually and in his official capacity;<br><br>And DOES 2-20 inclusive<br><br>　　　　　　Defendants | Case No. 2:25-cv-01609-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT** |

1

[PROPOSED] ORDER

The Court has received the Stipulation To File a First Amended Complaint.

**IT IS HEREBY ORDERED** that:

1. IT IS HEREBY ORDERED that Plaintiffs STUART DOUGLASS, JOHN MAXEY and MARY MARSH LINDE are granted leave to amend to file their First Amended Complaint.

2. IT IS ALSO ORDERED that Defendants' responsive pleading shall be due twenty-one (21) days after the First Amended Complaint is filed and transmitted via the CM/ECF system.

**IT IS SO ORDERED.**

Date: August 1, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE